NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

A.M.F.Y, )
           )
      Appellant, )
           )
v. )        Case No. 2D18-3360
           )
G.H.L., )
           )
      Appellee. )
_____)

Opinion filed December 6, 2019.

Appeal from the Circuit Court for
Pinellas County; Sherwood S. Coleman,
Judge.

K. Dean Kantaras and Roberta E. Blush,
of K. Dean Kantaras, P.A., Palm Harbor,
for Appellant.

Gary E. Williams and Stephen D. Gregg,
of The Law Firm for Family Law,
Clearwater, for Appellee.


PER CURIAM.


      Affirmed.


NORTHCUTT, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.